IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DEBRA A. BRAKEBUSH                        )
and PAUL E. BRAKEBUSH,                    )
                                         )
          Plaintiffs,                    )    TC-MD 140064D
                                         )
     v.                                  )
                                         )
DEPARTMENT OF REVENUE,                   )
State of Oregon,                         )
                                         )
          Defendant.                     )    **FINAL DECISION**

The court entered its Decision in the above-entitled matter on May 16, 2014. The court

did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days

after its Decision was entered. The court's Final Decision incorporates its Decision without

change.

Plaintiffs appeal Defendant's Notice of Deficiency Assessment dated February 19, 2014,

for the 2012 tax year. Defendant filed its written status report on May 13, 2014, stating that

> "[o]n "April 23, 2014, Plaintiffs submitted a Tax Return Transcript showing
> the information reported to the IRS on Plaintiffs' 2012 federal income tax return.
>
> * * *
>
> "Based on the information provided, Defendant agrees that Plaintiffs are entitled
> to the EIC originally claimed on Plaintiffs' 2012 state return.
>
> * * *
>
> "Defendant agrees to cancel Defendant's Notice of Deficiency Assessment, dated
> February 19, 2014, and allow the $220 EIC claimed on Plaintiffs' 2012 state return."

Now, therefore,

/ / /

/ / /

FINAL DECISION  TC-MD 140064D                                                              1

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of

Deficiency Assessment, dated February 19, 2014, and allow Plaintiffs' claimed earned income

tax credit in the amount of $220 for the 2012 income tax year.

Dated this ____ day of June 2014.


_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final
Decision or this Final Decision cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on June 2,
2014. The court filed and entered this document on June 2, 2014.*